IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Donna M. Klampfer,                  :
                    Petitioner     :
                                   :
         v.                        :    No. 540 C.D. 2017
                                   :
Unemployment Compensation          :
Board of Review,                   :
                    Respondent     :


**PER CURIAM**


**O R D E R**

AND NOW, this 17th day of April, 2018, it is ordered that the above-captioned opinion filed on February 1, 2018, shall be designated OPINION, rather than MEMORANDUM OPINION, and it shall be reported.